**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANI J KOSE,<br>Petitioner,<br>vs.<br>WARDEN, ET AL,<br>Respondents. | Case No.: 1:26-cv-4612-DJC-CSK<br><br>**ORDER** |

**ORDER**

IT IS ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus is due on July 28, 2026.

IT IS SO ORDERED.

Dated: July 15, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE