IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WANI J KOSE,

Petitioner,

vs.

WARDEN, ET AL,

Respondents.

Case No.: 1:26-cv-04612-DJC-CSK (HC)

**ORDER**

**ORDER**

IT IS ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus is due on August 5, 2026.

IT IS SO ORDERED.

Dated: July 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE